# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAQUAN GAMBOA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ERIKA D. BALLOU, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84139

**FILED**

MAR 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus seeks an order directing the district court to set reasonable bail. We conclude that extraordinary relief is not warranted because petitioner has not met his substantial burden of demonstrating a clear legal right to the relief requested. NRS 34.160; *Walker v. Second Judicial Dist. Court*, 136 Nev. 678, 680-81, 476 P.3d 1194, 1196-97 (2020) (recognizing the petitioner's substantial burden to demonstrate a clear legal right to a particular course of action where the court is entrusted with discretion on the issue); *Poulos v. Eighth Judicial Dist. Court*, 98 Nev. 453, 455, 652 P.2d 1177, 1178 (1982) (recognizing that it is within this court's discretion whether to issue a writ of mandamus); *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981) (recognizing that a writ of mandamus is available to compel the performance of an action which the law requires as a duty resulting from an office, trust, or station or to control an arbitrary or capricious exercise of discretion). Here, the district court conducted a hearing on petitioner's motion to set reasonable bail and entered written

22-08503

findings addressing the relevant statutory factors. *Valdez-Jimenez v. Eighth Judicial Dist. Court*, 136 Nev. 155, 164-66, 460 P.3d 976, 986-87 (2020). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.                    _____, Sr.J.
Stiglich                                              Gibbons

cc: Hon. Erika D. Ballou, District Judge
The Law Firm of C. Benjamin Scroggins, Esq.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.